JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ZVI KUR, an individual doing business as ZK CONSTRUCTION; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOE 1 through 5, inclusive,<br><br>Defendants. | CASE NO. CV13-04383 GAF(MANx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, through their attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki, and Pro Se Defendant, ZVI KUR, an individual doing business as ZK CONSTRUCTION, and

-1-

272374.1

1  good cause appearing therefor,

2      IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

3  Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST

4  FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,

5  the administrator, agent for collection and a fiduciary to the LABORERS HEALTH

6  AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA,

7  CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN

8  CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR

9  SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING

10 TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION

11 INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE,

12 LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN

13 CALIFORNIA  and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND

14 FOR SOUTHERN CALIFORNIA and against Defendant ZVI KUR, an individual

15 doing business as ZK CONSTRUCTION ("ZKUR") for the principal sum of

16 $6,709.94, and interest in the sum of $3,735.38 for a total judgment sum of

17 $10,445.32 relating to ZKUR'S work on projects for the Los Angeles Community

18 College District known as the "Child Development Center, Phase II" at Los Angeles

19 Valley College, and "Golf Driving Range Demolition" at Los Angeles City College

DATED:  August 4, 2014

                                                _____
                                                GARY A. FEESS
                                                UNITED STATES DISTRICT JUDGE

272374.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **August 1, 2014**, I served the foregoing document described as **JUDGMENT PURSUANT TO STIPULATION** on the parties or attorneys for parties in this action who are identified below using the following means of service (if more than one means of service is checked:

**Zvi Kur**
**ZK Construction**

**Northridge, California**

☐ (BY FACSIMILE TRANSMISSION). I caused ☐ the original or ☒ a true and correct copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ (BY MAIL). I placed ☐ the original or ☒ a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties and caused each such envelope to be deposited in the mail. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **August 1, 2014**, at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

/s/ _____
VIRGINIA ALVAREZ

258185.1